**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| REGINALD CECIL LANE, ET AL, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-1971 |
| | § | |
| HALLIBURTON, A CORPORATION, ET AL, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Pending before the court are defendants' motions to strike. (Dkt. 36 & 56)  After considering the parties' arguments, and the relevant protective order, the court is of the opinion that the plaintiffs are in violation of the protective order (*Fisher* Dkt. 55) in *Fisher v. Halliburton*, No. H-05-1731. Therefore the court finds that the motions to strike should be GRANTED.

Accordingly, the plaintiffs' memorandum of points and authorities in opposition to defendants' motion to dismiss (Dkt. 31), plaintiffs' reply brief in support of motion to remand (Dkt. 44), and plaintiffs' reply to defendants' notice of supplemental authority (Dkt. 50) are STRICKEN with leave to resubmit in compliance with this order.

Furthermore, it is ORDERED that all documents covered by the *Fisher* protective order are restricted to use in the *Fisher* case only.

Finally, the court requests that for future filings of documents under seal, the parties provide the court with courtesy copies on colored paper.  This will aid court staff in determining at a glance which documents require extra vigilance.  Copies of cases and other documents not covered by the terms of a confidentiality order should not be filed under seal.

It is so ORDERED.

Signed at Houston, Texas on September 12, 2006.

_____
Gray H. Miller
United States District Judge